8222

REYNOLDS v. DEATON.

MAGISTRATE COURT—NEW TRIAL.—No APPEAL lies from an order of the Circuit Court granting a new trial on an appeal to that Court from magistrate court, when both questions of law and fact are involved.

Before GARY, J., Cherokee, November, 1911. Affirmed.

Action by C. H. Reynolds against Lum Deaton in court of Magistrate Wm. Phillips. From Circuit order granting new trial, plaintiff appeals.

*Messrs. Butler & Hall,* for appellants, cite: *Statutory mode of arbitration is cumulative to common law mode:* 3 Cyc. 586, 800; 58 S. C. 299; 78 S. C. 312; 62 S. C. 105; 70 S. C. 549; 36 S. C. 80; 78 S. C. 203.

*Messrs. Otts & Dobson,* contra, cite: *Form of requirements of arbitration:* 30 S. C. 518; 3 Cyc. 604, 625, 698; 2 Ency. 732; 1 McM. 302. *Estray statutes must be strictly construed:* 2 Cyc. 363-4, 366. *Lien is not divested until charges are paid:* 2 Cyc. 362.

May 30, 1912. The opinion of the Court was delivered by

MR. JUSTICE HYDRICK. No appeal lies from an order of the Circuit Court granting a new trial on an appeal to that Court from the court of magistrate, when both questions of law and fact are involved, and this Court cannot, therefore, render judgment absolute upon the right of the appellant. *McKnight* v. *Dyson, infra* 337, and cases cited.

Appeal dismissed.